NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
THE WAGNER FIRM
Avi Wagner (SBN 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com

ATTORNEY(S) FOR: Plaintiff Melvyn Klein

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MELVYN KLEIN, Derivatively on Behalf of Nominal Defendant OPUS BANK,

Plaintiff(s),

v.

Stephen H. Gordon, et al.

Defendant(s)

CASE NUMBER: 2:17-cv-00568

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Melvyn Klein or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Melvyn Klein | Plaintiff |
| THE WAGNER FIRM | Counsel for Plaintiff |
| GAINEY McKENNA & EGLESTON | Counsel for Plaintiff |

January 24, 2017
Date

s/ Avi Wagner
Signature

Attorney of record for (or name of party appearing in pro per):

Avi Wagner for Plaintiff Melvyn Klein