**THE WAGNER FIRM**
Avi Wagner (SBN 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com
*Counsel for Plaintiff Melvyn Klein*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel:     (212) 983-1300
Fax:    (212) 983-0383
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN KLEIN, Derivatively on Behalf of Nominal Defendant OPUS BANK, <br><br>  Plaintiff, <br><br> STEPHEN H. GORDON, MARK CICIRELLI, MARK E. SCHAFFER, MICHAEL MEYER, ROBERT SHACKLETON, THOMAS M. BOWERS, CURTIS A. GLOVIER, and DAVID KING, <br><br>  v. <br><br>  Defendants, <br><br> OPUS BANK, a California Corporation, <br><br>  Nominal Defendant. | CASE NO.: 8:17-CV-00123 (AB) (JPR) <br><br> **NOTICE OF SETTLEMENT** |

1    **PLEASE TAKE NOTICE** that the Parties in the above-referenced action and the Parties in a related State Court Derivative Action captioned *Andrew Dillard, Derivatively and on Behalf of Opus Bank v. Stephen H. Gordon, et al.*, Case No. BC 651522, pending in Superior Court of the State of California, County of Los Angeles, entered into a voluntary settlement in principal of both actions by executing a Memorandum of Understanding dated December 12, 2017.

Dated: December 22, 2017

                      **GAINEY McKENNA & EGLESTON**

By:    *s/ Thomas J. McKenna*
        Thomas J. McKenna
        440 Park Avenue South, 5th Floor
        New York, NY 10016
        Tel: (212) 983-1300
        Fax: (212) 983-0383
        Email: tjmckenna@gme-law.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on December 22, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

Dated: December 22, 2017

            **GAINEY McKENNA & EGLESTON**

     By:  *s/ Thomas J. McKenna*
         Thomas J. McKenna
         440 Park Avenue South, 5th Floor
         New York, NY 10016
         Tel: (212) 983-1300
         Fax: (212) 983-0383
         Email: tjmckenna@gme-law.com

         ***Attorneys for Plaintiff***