UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melvyn Klein<br><br>   Plaintiff,<br><br>v.<br><br>Stephen H. Gordon, et al.<br><br>   Defendants. | Case No. SA CV 17-00123-AB (JPRx)<br><br>ORDER DISMISSING CIVIL ACTION |

  THE COURT having been advised by counsel that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 28, 2017   _____

               HON. ANDRÉ BIROTTE JR.
               UNITED STATES DISTRICT JUDGE

1.