**THE WAGNER FIRM**
Avi Wagner (SBN 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN KLEIN, Derivatively on Behalf of Nominal Defendant OPUS BANK, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN H. GORDON, MARK CICIRELLI, MARK E. SCHAFFER, MICHAEL MEYER, ROBERT SHACKLETON, THOMAS M. BOWERS, CURTIS A. GLOVIER, and DAVID KING, <br><br> Defendants, <br>_____<br> OPUS BANK, a California Corporation, <br><br> Nominal Defendant. | Case No. 8:17-CV-00123-AB-JPR <br><br> **JOINT NOTICE OF FILING OF STIPULATION OF SETTLEMENT** |

1       **PLEASE TAKE NOTICE**, that the parties hereby submit the Stipulation

2  of Settlement dated January 29, 2018.

3

4  DATED: January 29, 2018          **THE WAGNER FIRM**

5                            By: *s/ Avi Wagner*

6                            Avi Wagner

7                            1925 Century Park East, Suite 2100

8                            Los Angeles, CA  90067

                            Telephone: (310) 491-7949

9                            Facsimile: (310) 694-3967

                            Email: avi@thewagnerfirm.com

10                         **GAINEY McKENNA & EGLESTON**

11                         Thomas J. McKenna

12                         440 Park Avenue South, 5th Floor

                           New York, NY 10016

13                         Tel:    (212) 983-1300

14                         Fax:   (212) 983-0383

                           tjmckenna@gme-law.com

15

16                         *Attorneys for Plaintiff*

17

18  DATED: January 29, 2018          **KATTEN MUCHIN ROSENMAN LLP**

19

20                           By:  *s/ Eric Kuwana*

21                         Eric A. Kuwana

                           2900 K Street NW North Tower - Suite 200

22                         Washington, DC 20007

23                         Telephone: (202) 625-3705

                           Facsimile: (202) 295-1107

24                         Email: eric.kuwana@kattenlaw.com

25                         -and-

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bruce G. Vanyo
2029 Century Park East Suite 2600
Los Angeles, CA  90067-3012
Telephone: (310) 788-4401
Facsimile: (310) 712-8273

*Attorneys for Defendants*

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On January 29, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 29, 2018, at Los Angeles, California.

_s/ Avi Wagner_    <br>Avi Wagner

# Mailing Information for a Case 8:17-cv-00123-AB-JPR Melvyn Klein v. Stephen H. Gordon et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric A Kuwana**
  eric.kuwana@kattenlaw.com,kelsey.matusak@kattenlaw.com,caitlin.munley@kattenlaw.com

- **Michael J Lohnes**
  michael.lohnes@kattenlaw.com,rosie.gradilla@kattenlaw.com,ecfdocket@kattenlaw.com

- **Thomas J McKenna**
  tjmckenna@gme-law.com,tjmlaw2001@yahoo.com,gmelawny@gmail.com

- **Samantha Swietlikowski**
  samantha.swietlikowski@kattenlaw.com

- **Bruce G Vanyo**
  bruce@kattenlaw.com,kelsey.matusak@kattenlaw.com,caitlin.munley@kattenlaw.com,ecf.lax.docket@kattenlaw.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)