Eric A. Kuwana, Admitted *Pro Hac Vice*
ekuwana@cooley.com
Alexandra R. Mayhugh (CA 300446)
amayhugh@cooley.com
Caitlin B. Munley, Admitted *Pro Hac Vice*
cmunley@cooley.com
**COOLEY LLP**
1333 2nd Street
Suite 400
Santa Monica, CA 90401-4100
Phone: 310.883.6436
Fax: 310.883.6500
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN KLEIN, Derivatively on Behalf of Nominal Defendant OPUS BANK,<br><br>Plaintiff,<br><br>STEPHEN H. GORDON, MARK CICIRELLI, MARK E. SCHAFFER, MICHAEL MEYER, ROBERT J. SHACKLETON, THOMAS M. BOWERS, CURTIS A. GLOVIER, and DAVID KING,<br>v.<br>Defendants,<br><br>OPUS BANK, a California corporation,<br><br>Nominal Defendant. | Case No. 8:17-CV-00123-AB-JPR<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNSEL'S BILLING RECORDS** |

Pursuant to Local Rule 7-1 and Paragraph 4 of this Court's Standing Order, Plaintiff Melvyn Klein and Defendants Stephen H. Gordon, Mark Cicirelli, Mark E. Schaffer, Michael Meyer, Robert J. Shackleton, Thomas M. Bowers, Curtis A. Glovier, David King, and Nominal Defendant, Opus Bank, (together with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate that good cause exists to request an order continuing the hearing on Defendants' Objections to Plaintiffs' Counsel's Billing Records.

WHEREAS, on October 1, 2018, this Court entered an Order compelling Plaintiffs' counsel to file billing records supporting Plaintiffs' fee request with 21 days and allowing Defendants to file objections to Plaintiffs' counsel's billing records within 14 days of Plaintiffs' filing. (Dkt. 85 at 5.) The Court ordered Defendants to notice a hearing date at least 28 days from the date they file their objections. (*Id.* at 5-6.)

WHEREAS, on October 22, 2018, Plaintiffs' counsel filed their billing records. (Dkt. 86.)

WHEREAS, on November 5, 2018, Defendants filed their objections to Plaintiffs' counsel's billing records. (Dkt. 89.) Defendants noticed a hearing date for December 14, 2018 without consultation with Plaintiffs' counsel as to the date that Defendants selected. (*Id.*)

WHEREAS, on November 13, 2018, the Court set the matter on its calendar for December 14, 2018 at 10 a.m. (Dkt. 92.)

WHEREAS, the Parties have conferred and Plaintiff consents to a continuance of the hearing on Defendants' objections to Plaintiffs' counsel's billing records because of a calendar conflict discovered by Defendants' counsel.

Accordingly, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, subject to the Court's approval, as follows:

1. The hearing on Defendants' objections to Plaintiffs' counsel's billing

-1-

1  records is continued until January 11, 2018, or such further date as set by the Court.
2  　　　　2.　　The Parties do not seek to continue the hearing on Defendants'
3  objections to Plaintiffs' counsel's billing records for the purpose of delay.

| | | |
|---|---|---|
| 1 | Dated: December 7, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Eric Kuwana* |
| | | **COOLEY LLP** |
| 4 | | Eric A. Kuwana, Admitted *Pro Hac Vice* |
| 5 | | ekuwana@cooley.com |
| | | Alexandra R. Mayhugh (CA 300446) |
| 6 | | amayhugh@cooley.com |
| 7 | | Caitlin B. Munley, Admitted *Pro Hac Vice* |
| | | cmunley@cooley.com |
| 8 | | 1333 2nd Street |
| 9 | | Suite 400 |
| | | Santa Monica, CA 90401-4100 |
| 10 | | Phone: 310.883.6436 |
| 11 | | Fax: 310.883.6500 |
| 12 | | ***Attorneys for Defendants*** |
| 13 | | |
| 14 | | */s/ Thomas J. McKenna* |
| 15 | | **GAINEY McKENNA & EGLESTON** |
| | | Thomas J. McKenna, Admitted *Pro Hac Vice* |
| 16 | | |
| 17 | | tjmckenna@gme-law.com |
| | | 440 Park Avenue South, 5th Floor |
| 18 | | New York, NY 10016 |
| 19 | | Phone: 212-983-1300 |
| | | Fax: 212-983-0383 |
| 20 | | |
| 21 | | **THE WAGNER FIRM** |
| | | Avi N. Wagner |
| 22 | | avi@thewagnerfirm.com |
| 23 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 24 | | Phone: 310-491-7949 |
| 25 | | Fax: 310-694-3967 |
| 26 | | ***Attorneys for Plaintiff Melvyn Klein*** |
| 27 | | |
| 28 | | -3- |

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' OBJECTIONS TO PLAINTIFFS' COUNSEL'S BILLING RECORDS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, I caused the foregoing to be filed with the Clerk of the U.S. District Court for the Central District of California using the Court's CM/ECF system. Service was accomplished on all counsel of record via the Court's CM/ECF system.

/s/ Eric Kuwana
Eric Kuwana
*Counsel for Defendants*